UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALBERTO MANUEL NUNEZ, 57628-039,

        Petitioner,                                    Case No.  25-12596

v.                                                   Judge Matthew F. Leitman

E. RARDIN WARDEN,

                                                          Magistrate Judge Patricia T. Morris

        Respondent(s).
_____/

## ORDER AMENDING CAPTION

The Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.  The proper Respondent for a habeas petition filed pursuant to 28 U.S.C. § 2254 is the state officer having custody of the Petitioner.  *See* Rule 2, Rules Governing Section 2254 Cases.  Petitioner is incarcerated at:

        FCI Milan
        Federal Correction Institution
        P.O. Box 1000
        Milan, MI 48160
        WASHTENAW COUNTY

The Warden of that facility is  ERIC RARDIN .

Accordingly, the Court hereby **ORDERS** the case caption be amended to read as follows:

*"ALBERTO MANUEL NUNEZ v. ERIC RARDIN."*

Date:  August 25, 2025                              s/David R. Grand
                                                      David R. Grand
                                                      United States Magistrate Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date:  August 25, 2025                              s/LGranger
                                                      Deputy Clerk