Fee Paid

United States District Court

Eastern District of Michigan

Case: 2:25-cv-12596
Assigned To : Leitman, Matthew F.
Referral Judge: Morris, Patricia T.
Assign. Date : 8/20/2025
Description: HC ALBERTO M.
NUNEZ v. E. RARDIN,
WARDEN-FCI MILAN (JB)

Alberto Manuel Nunez
Reg No. 57628-039
V
E Rardin, Warden, FCI-Milan

Petition for a Write of Habeas Corpus Under 28 U.S.C. 2241

This Court has jurisdtiction over this matter under 28 U.S.C. 2241. Alberto Nunez also known as The Petitioner is currently in Federal custody at FCI Milan, Michigan. The Petitioner is challenging the miscalculation of his Federal Time Credits also known as ETC's and/or FTC's under the First Step Act of 2018.

Statement of Facts

Mr. Nunez was convicted in the Eastern District Court of Michigan, case no. (19-20433) before the Honorable Judge Thomas Ludington for violating 21 U.S.C. 841 (a)(1) Possesion with Intent to Distribute Cocaine. The Petitioner was sentenced to 115 months in the custody of the BOP under his rule 11 plea on October 3, 2019. His projected release date with good conduct time is July 15, 2030. Under the First Step Act Mr. Nunez is eligible for both the First Step Act and Second Chance Act. At the present time the BOP has miscalculated his time credits towards his conditional release. The time credit assessment dated May 5, 2025 reflects the following data:

Accrued program days: 1,746
Disallowed program days: 133
FTC toward RRC/Home Confinement: 270 days
FSA release date: October 9, 2028
Conditional Transition Date to the Community: March 9, 2027
RDAP Conditional Release: February 17, 2026

Based on the time that the Petitioner has been in Federal custody and given the total of all available credit the total should be approximately 2,613 days or 7 yearss and 2 months of time credits. If applied correctly his conditional release date should be no later than May 12, 2023.

Statement of Reasons

Mr. Nunez has fully exhausted his administrative remedies. He has submitted a BP-8 and BP-9 regarding his FSA credits. The current warden E. Rradin submitted his denial on July 29, 2025. The final denial preserves this claim for judicial review.

Conclusion

It is the prayer of Mr. Nunez that this Court will issue an order directing the BOP to review and recalculate if needed all earned earned time credits. Upon proper application of all plausible time credits. Release the petitioner to the halfway house and/or home confinement.

Certificate of Filing

This petition was placed in the US Mail Service for delivery to the Distrcit Court on August 7, 2025 for electronic filing.

Respectfully,

Alberto Manuel Nunez
Reg No. 57628-039
FCI Milan

Hon. _____

Motion for Expedited Relief

Now comes, Alberto Manuel Nunez, Reg No 57628-039 appearing pro se, and respectfully requests that this court grant expedited consideration of his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Sec. 2241, and in support there of states as follows:

I. Grounds for Expedited Review

  1. Petitioner has filed a 2241 petition challenging the Bureau of Prisons' failure to apply earned time credits under the First Step Act (FSA) and the failure to consider him for pre-release custody under the Second Chance Act (SCA).
  2. Petitioner has fully participated in eligible Evidence-Based Recidivism Reduction (EBRR) Programs and Productive Activities and has maintained a record free from disciplinary infractions since 2021.
  3. These violations are unlawfully prolonging Petitioner's incarceration. Courts have recognized that the loss of liberty due to the BOP's misapplication of FSA time credits constitutes a serious and ongoing constitutional injury. See:

Yufenyuy v. Warden, 2023 WL 2395972 (D.N.H.)
Goodman v. Ortiz, 2022 WL 1015901 (D.N.J.)
Valladares v. Ray, 2022 WL 4358633 (E.D.Cal.)

  4. Time is of the essence. Each day Petitioner remains in custody without lawful justification is a deprivation of Liberty. Expedited review is warranted to prevent further injury.

II. Prayer for Relief

Wherefore, Petitioner respectfully requests that this Court:
  1. Grant expedited consideration of his 2241 petition;
  2. Direct the Givernment to respond within 14 days of service;
  3. Grant such other relief as the Court deems Just and Proper.

Respectfully Submitted,

Alberto Manuel Nunez
Reg No. 57628-039
FCI Milan
P.O. Box 1000
Milan, MI 48160
In Propria Persona

Attachment B/Part 1
FCI/FDC Milan, Michigan
**Attempt at Informal Resolution**

REMEDY # _____

Inmate's Name: _Alberto Nunez_

Registration Number: _57628-039_  Housing Unit: _6-A-308_

**ATTEMPT AT INFORMAL RESOLUTION:**

1. Briefly state the complaint and requested corrective actions.

I am challenging this institution for the Application my SCA/FSA incentives. Which I would like to resolved

2. Document your efforts to resolve the matter to include policies reviewed. Note any reasons an informal resolution could not be achieved.

I spoke with Case Manager Sarona and Unit Manager Lea. They both stated they could not change or correct it.

Inmate Signature: _Albert Ng_    Date: _7/01/25_
Inmate Printed Name: _A. Nunez_
Unit Counselor Signature: _____   Date: _____
Unit Counselor Printed Name: _____

(ATTACHMENT 1)

U.S. Department Of Justice

Federal Bureau of Prisons

Request For Administrative Remedy

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Nunez, Alberto M.**     **57628-039**     **G A 308**     **FCI-Milan**
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST** — I am requesting that my calculation for FTC according to FSA and SCA be corrected and submitted. I first tried to resolve this issue with case manager Sarova on 6-27-25. On 6-30-25 I spoke with Mr. Lea. Both stated they could not change or correct it. On 2-28-25 a FSA Time Credit Assessment was done (see Attachment A) where SCA and FSA is applied, but in error. Later on 5-5-25 it was done again. It did not show the applied SCA. What it did show was the "FSRDAP CND Date 2-17-2026" which is applied under 3621 E CRP which is also done in error, and not in compliance with 18 U.S.C. 3624. Now I come to respectfully show you Warden Rardin the need to redo my calculation of my FSA and SCA correctly and applied in full under 18 U.S.C 3624 as amended to law Dec. 21, 2018, Second Chance Act of 2007. (See Attachment C). I will be in the position for release to home confinement or community placement.

7/07/2025
DATE

*Alberto M. Nunez* #57628-039
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: _____

**ORIGINAL: RETURN TO INMATE**

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____     _____
DATE                        RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982
FPI-PEPR

(ATTACHMENT 2)

**BP-229 RESPONSE**                                         **CASE NUMBER: 1245265-F1**

Your Request for Administrative Remedy (BP-229), dated June 17, 2025 has been reviewed. You are requesting that you be transferred to pre-release custody pursuant to provisions outlined in the Second Chance Act.

A review of the issue(s) you raise in your BP-229 has been conducted. *Public Law 110-199-The Second Chance Act of 2007* states, in part, "IN GENERAL.—The Director of the Bureau of Prisons shall, to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility." The act also dictates that pre-release RRC placements are **discretionary** and subject to the resources of the facility contemplated. You were reviewed for RRC placement under the 2nd Chance Act and First Step Act in July 2025, and subsequently referred for a RRC placement of 965 days. This referral was based on 365 days Second Chance Act placement plus the 600 Federal Time Credits that you are projected to earned towards pre-release custody. Your referral is currently pending review by Residential Reentry Management.

Accordingly, your request for Administrative Remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____          7/29/2025
E. Rardin, Warden                        Date

(Attachment 3)

August 7, 2025

Clerk of the Court
United States District Court
Eastern District of Michigan
231 W Lafayette Boulevard, Fifth Floor
Detroit, MI 48226

Re: Petition for Writ of Habeas Corpus under U.S.C. Sec. 2241, along with any necessary attachments, exhibits and a certificate of service. I am currentlyincarcerated at FCI Milan and filing this petition pro se.

This petition challenges the Bureau of Prisons' failure to properly apply earned time credits under First Step Act and its denial of individualized consideration for prerelease custody under the Second Chance Act, despite my full participation in rehabilitation programs and compliance with insitutional rules.

I respectfully request that the Court accept this petition for filing, and I be notified of any further steps or requirements needed to proceed.

Thank you for your time and assistance.

Sincerely,

Alberto Manuel Nunez
Reg No 57628-039
FCI Milan
P.O. Box 1000
Milan, MI 48160

Alberto M. Nuñez
Reg No. 57628-039
FCI Milan
P.O. Box 1000
Milan, MI 48160

U.S. MARSHAL

RECEIVED
AUG 20 2025
CLERK'S OFFICE
DETROIT

Office of the Clerk
United States District Court
231 W. Lafayette Boulevard, fifth floor
Detroit, MI 48226






# CIVIL COVER SHEET FOR PRISONER CASES

| Case No._25-12596_ | Judge: _Matthew F. Leitman_ | Magistrate Judge: _Patricia T. Morris_ |
|---|---|---|
| **Name of 1st Listed Plaintiff/Petitioner:**<br>ALBERTO MANUEL NUNEZ | **Name of 1st Listed Defendant/Respondent:**<br>E. RARDIN WARDEN | |
| **Inmate Number:** 57628-039 | **Additional Information:** | |
| **Plaintiff/Petitioner's Attorney and Address Information:** | | |
| **Correctional Facility:**<br>FCI Milan<br>Federal Correction Institution<br>P.O. Box 1000<br>Milan, MI 48160<br>WASHTENAW COUNTY | | |

**BASIS OF JURISDICTION**
   ☐ 2 U.S. Government Defendant
   ☒ 3 Federal Question

**NATURE OF SUIT**
   ☒ 530 Habeas Corpus
   ☐ 540 Mandamus
   ☐ 550 Civil Rights
   ☐ 555 Prison Conditions

**ORIGIN**
   ☒ 1 Original Proceeding
   ☐ 5 Transferred from Another District Court
   ☐ Other:

**FEE STATUS**
   ☐ IFP *In Forma Pauperis*
   ☒ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes      ☒ No
   ➢ If yes, give the following information:

   Court: _____
   Case No: _____
   Judge: _____

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes      ☒ No
   ➢ If yes, give the following information:

   Court: _____
   Case No: _____
   Judge: _____