United States District Court
Eastern District of Michigan

Alberto Manuel Nunez, 57628-039,

    Petitioner,

v.

Eric Rardin,

    Respondent.

Civil No. 25-cv-12596

Honorable Matthew F. Leitman

## Appearance

Notice is given that Benjamin C. Coats, Assistant U.S. Attorney for the Eastern District of Michigan, will serve as counsel on behalf of Eric Rardin, Warden in the above-captioned case.

    JEROME F. GORGON JR.
    United States Attorney

    s/Benjamin C. Coats
    Benjamin C. Coats
    Assistant U.S. Attorney
    211 W. Fort St., Ste. 2001
    Detroit, MI  48226
    (313) 226-9734
    Bejamin.Coats@usdoj.gov

Date:  October 1, 2025

## Certificate of Service

I hereby certify that on October 1, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

I further certify that I have mailed by U.S. mail the foregoing paper to the following non-ECF participants:

>Alberto Manuel Nunez, #57628-039
>Milan FCI
>P.O. Box 1000
>Milan, MI 48160

>s/ Benjamin C. Coats
>Benjamin C. Coats
>Assistant U.S. Attorney
>211 W. Fort St., Ste. 2001
>Detroit, MI  48226
>(313) 226-9734
>Bejamin.Coats@usdoj.gov