```
 MILBU   531.01  *           INMATE HISTORY            *    09-25-2025
 PAGE 001        *             QUARTERS                *     13:29:36

 REG NO..: 57628-039 NAME....: NUNEZ, ALBERTO MANUEL
 CATEGORY: QTR        FUNCTION: PRT        FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP   DATE/TIME
 MIL    G03-308U   HOUSE G/RANGE 03/BED 308U     06-09-2025 1334 CURRENT
 MIL    G03-303L   HOUSE G/RANGE 03/BED 303L     02-21-2025 0802 06-09-2025 1334
 MIL    G02-211L   HOUSE G/RANGE 02/BED 211L     02-20-2025 1321 02-21-2025 0802
 MIL    G06-302L   HOUSE G/RANGE 06/BED 302L     02-20-2025 0713 02-20-2025 1321
 MIL    D02-225L   HOUSE D/RANGE 02/BED 225L     02-06-2025 1815 02-20-2025 0712
 MIL    D02-225U   HOUSE D/RANGE 02/BED 225U     01-15-2025 1107 02-06-2025 1815
 MIL    D02-232L   HOUSE D/RANGE 02/BED 232L     01-14-2025 1709 01-15-2025 1107
 MIL    R02-001L   HOUSE R/RANGE 02/BED 001L     01-14-2025 1357 01-14-2025 1709
 OKL    E01-520U   HOUSE E/RANGE 01/BED 520U     12-13-2024 1540 01-14-2025 0715
 OKL    C07-320L   HOUSE C/RANGE 07/BED 320L     12-02-2024 1230 12-13-2024 1540
 OKL    E03-520L   HOUSE E/RANGE 03/BED 520L     11-22-2024 1237 12-02-2024 1230
 OKL    E03-522L   HOUSE E/RANGE 03/BED 522L     11-21-2024 2200 11-22-2024 1237
 OKL    E03-901L   HOUSE E/RANGE 03/BED 901L     11-21-2024 1700 11-21-2024 2200
 MRG    Z02-118LAD HOUSE Z/RANGE 02/BED 118L AD  11-16-2024 0954 11-21-2024 0607
 MRG    Z02-114LAD HOUSE Z/RANGE 02/BED 114L AD  10-30-2024 1033 11-16-2024 0954
 MRG    Z02-121LAD HOUSE Z/RANGE 02/BED 121L AD  10-26-2024 0923 10-30-2024 1033
 MRG    Z02-117LAD HOUSE Z/RANGE 02/BED 117L AD  10-12-2024 1246 10-26-2024 0923
 MRG    Z02-114LAD HOUSE Z/RANGE 02/BED 114L AD  09-28-2024 0935 10-12-2024 1246
 MRG    Z02-116LAD HOUSE Z/RANGE 02/BED 116L AD  09-12-2024 0919 09-28-2024 0935
 MRG    Z02-116LAD HOUSE Z/RANGE 02/BED 116L AD  09-10-2024 1341 09-12-2024 0538
 MRG    T02-019L   HOUSE T/RANGE 02/BED 019L     05-14-2024 1658 09-10-2024 1341
 MRG    R01-001L   HOUSE R/RANGE 01/BED 001L     05-14-2024 1553 05-14-2024 1658
 OKL    E01-524U   HOUSE E/RANGE 01/BED 524U     05-10-2024 2105 05-14-2024 0730
 OKL    E01-522L   HOUSE E/RANGE 01/BED 522L     05-07-2024 1807 05-10-2024 2105
 OKL    E01-901L   HOUSE E/RANGE 01/BED 901L     05-07-2024 1400 05-07-2024 1807
 TOM    A02-005L   HOUSE A/RANGE 02/BED 005L     11-28-2023 0912 05-07-2024 0817
 TOM    A02-005L   HOUSE A/RANGE 02/BED 005L     06-09-2023 1125 11-28-2023 0746
 TOM    A02-005U   HOUSE A/RANGE 02/BED 005U     06-01-2023 1643 06-09-2023 1125
 TOM    R01-001L   HOUSE R/RANGE 01/BED 001L     06-01-2023 1418 06-01-2023 1643
 OKL    C08-426U   HOUSE C/RANGE 08/BED 426U     05-22-2023 1812 06-01-2023 0730
 OKL    C07-901L   HOUSE C/RANGE 07/BED 901L     05-22-2023 1435 05-22-2023 1812
 LEW    B03-318U   HOUSE B/RANGE 03/BED 318U     05-19-2023 1229 05-22-2023 0535
 LEW    R01-001L   HOUSE R/RANGE 01/BED 001L     05-19-2023 1154 05-19-2023 1229
 LOR    E02-081L   HOUSE E/RANGE 02/BED 081L     05-06-2022 1131 05-19-2023 0925
 LOR    E02-081L   HOUSE E/RANGE 02/BED 081L     01-27-2022 1137 05-06-2022 0731
 LOR    S01-111L   HOUSE S/RANGE 01/BED 111L     01-13-2022 1018 01-27-2022 1137
 LOR    E02-081L   HOUSE E/RANGE 02/BED 081L     10-26-2021 1200 01-13-2022 1018
 LOR    N03-191L   HOUSE N/RANGE 03/BED 191L     08-31-2021 1000 10-26-2021 1200
 LOR    Z01-114LAD HOUSE Z/RANGE 01/BED 114L AD  08-12-2021 1210 08-31-2021 1000
 LOR    Z01-112UAD HOUSE Z/RANGE 01/BED 112U AD  08-03-2021 1317 08-12-2021 1210
 LOR    N03-191L   HOUSE N/RANGE 03/BED 191L     05-17-2021 1358 08-03-2021 1317




 G0002         MORE PAGES TO FOLLOW . . .
```

```
 MILBU   531.01 *           INMATE HISTORY            *      09-25-2025
PAGE 002 OF 002 *              QUARTERS               *       13:29:36

 REG NO..: 57628-039 NAME....: NUNEZ, ALBERTO MANUEL
 CATEGORY: QTR        FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                    START DATE/TIME STOP   DATE/TIME
LOR    N03-191L    HOUSE N/RANGE 03/BED 191L      12-04-2020 1303 05-17-2021 1109
LOR    E02-241L    HOUSE E/RANGE 02/BED 241L      12-03-2020 1753 12-04-2020 1303
LOR    N03-191L    HOUSE N/RANGE 03/BED 191L      03-13-2020 0540 12-03-2020 1753
CAA    A03-132LH   HOUSE A/RANGE 03/BED 132L H    03-02-2020 1914 03-13-2020 0040
CAA    R01-001L    HOUSE R/RANGE 01/BED 001L      03-02-2020 1700 03-02-2020 1914
MIL    D02-233L    HOUSE D/RANGE 02/BED 233L      01-24-2020 0939 02-27-2020 1104
MIL    D02-218U    HOUSE D/RANGE 02/BED 218U      01-21-2020 1227 01-24-2020 0939




















G0000         TRANSACTION SUCCESSFULLY COMPLETED
```