```
MILBU            *        PUBLIC INFORMATION           *      09-25-2025
PAGE 001         *           INMATE DATA               *      13:31:03
                          AS OF 09-25-2025

REGNO..: 57628-039 NAME: NUNEZ, ALBERTO MANUEL

                      RESP OF: MIL
                      PHONE..: 734-439-1511   FAX: 734-439-5534
                                              RACE/SEX...: WHITE / MALE
                                              AGE:   47
PROJ REL MT: 3621E COND                       PAR ELIG DT: N/A
PROJ REL DT: 10-29-2029                       PAR HEAR DT:




G0002        MORE PAGES TO FOLLOW . . .
```

```
 MILBU           *         PUBLIC INFORMATION        *      09-25-2025
PAGE 002         *            INMATE DATA            *      13:31:03
                           AS OF 09-25-2025


REGNO..: 57628-039 NAME: NUNEZ, ALBERTO MANUEL

                  RESP OF: MIL
                  PHONE..: 734-439-1511    FAX: 734-439-5534
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 04-29-2028

FINAL STATUTORY RELEASE FOR INMATE.: 10-29-2029 VIA 3621E COND
          WITH APPLIED FSA CREDITS.: 365   DAYS
THE INMATE IS PROJECTED FOR RELEASE: 10-29-2028 VIA FSRDAP CND

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: 0645 1:19CR20433 (1)
JUDGE...........................: LUDINGTON
DATE SENTENCED/PROBATION IMPOSED: 01-16-2020
DATE COMMITTED..................: 03-13-2020
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00         $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  381      21:841 SCH II NARCOTIC

OFF/CHG: 21:841(A)(1), POSSESS WITH INTENT TO DISTRIBUTE COCAINE CT1.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    151 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 DATE OF OFFENSE................: 06-12-2019




G0002         MORE PAGES TO FOLLOW . . .
```

```
 MILBU              *        PUBLIC INFORMATION           *      09-25-2025
PAGE 003 OF 003 *              INMATE DATA                *       13:31:03
                              AS OF 09-25-2025


REGNO..: 57628-039 NAME: NUNEZ, ALBERTO MANUEL

                    RESP OF: MIL
                    PHONE..: 734-439-1511    FAX: 734-439-5534
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-31-2025 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-07-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-16-2020
TOTAL TERM IN EFFECT............:    151 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     12 YEARS      7 MONTHS
EARLIEST DATE OF OFFENSE........: 06-12-2019

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    11-05-2019    01-15-2020

TOTAL PRIOR CREDIT TIME.........: 72
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 584
TOTAL GCT EARNED................: 175
STATUTORY RELEASE DATE PROJECTED: 10-29-2030
ELDERLY OFFENDER TWO THIRDS DATE: 03-26-2028
EXPIRATION FULL TERM DATE.......: 06-04-2032
TIME SERVED.....................:      5 YEARS    10 MONTHS     21 DAYS
PERCENTAGE OF FULL TERM SERVED..:  46.8
PERCENT OF STATUTORY TERM SERVED:  53.6

PROJECTED SATISFACTION DATE.....: 10-29-2028
PROJECTED SATISFACTION METHOD...: FSRDAP CND
     WITH FSA CREDITS INCLUDED...: 365




 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```