# FSA Time Credit Assessment

Register Number:57628-039, Last Name:NUNEZ

**U.S. DEPARTMENT OF JUSTICE**            **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 57628-039         Responsible Facility: MIL
Inmate Name                            Assessment Date.....: 08-28-2025
  Last.............: NUNEZ             Period Start/Stop...: 03-13-2020 to 08-28-2025
  First............: ALBERTO           Accrued Pgm Days....: 1861
  Middle...........: MANUEL            Disallowed Pgm Days.: 133
  Suffix...........:                   FTC Towards RRC/HC..: 330
Gender.............: MALE              FTC Towards Release.: 365
Start Incarceration: 01-16-2020        Apply FTC to Release: Yes
```

```
Start       Stop        Pgm Status    Pgm Days
03-13-2020  08-03-2021  accrue        508
  Accrued Pgm Days...: 508
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 160
-------------------------------------------------------------------------------
Start       Stop        Pgm Status    Pgm Days
08-03-2021  08-31-2021  disallow      28
  Disciplinary segregation sanction
    Report#   Code  Description                       Date        Time
    3504549   297   PHONE ABUSE-DISRUPT MONITORING    05/16/2021  10:56
      DISCIPLINARY SEGREGATION 14 DAYS from 08/03/2021 thru 08/16/2021
    3529400   297   PHONE ABUSE-DISRUPT MONITORING    07/25/2021  11:00
      DISCIPLINARY SEGREGATION 14 DAYS from 08/17/2021 thru 08/30/2021
-------------------------------------------------------------------------------
Start       Stop        Pgm Status    Pgm Days
08-31-2021  05-20-2023  accrue        627
  Accrued Pgm Days...: 627
  Carry Over Pgm Days: 28
  Time Credit Factor.: 10
  Time Credits.......: 210
-------------------------------------------------------------------------------
Start       Stop        Pgm Status    Pgm Days
05-20-2023  05-31-2023  disallow      11
  Not in qualifying admit status.
    Facility  Category  Assignment   Start              Stop
    LOR       ARS       TRANSFER     05-19-2023 09:25   05-19-2023 09:25
    B24       ARS       A-ADMIT      05-19-2023 09:25   05-19-2023 11:54
    B24       ARS       RELEASE      05-19-2023 11:54   05-19-2023 11:54
    LEW       ARS       A-BOP HLD    05-19-2023 11:54   05-22-2023 05:35
    LEW       ARS       HLD REMOVE   05-22-2023 05:35   05-22-2023 05:35
```

# FSA Time Credit Assessment
Register Number:57628-039, Last Name:NUNEZ

| U.S. DEPARTMENT OF JUSTICE | | | | FEDERAL BUREAU OF PRISONS |
|---|---|---|---|---|

```
   A01        ARS        A-ADMIT       05-22-2023 05:35   05-22-2023 15:35
   OKL        ARS        A-BOP HLD     05-22-2023 14:35   06-01-2023 07:30
   A01        ARS        RELEASE       05-22-2023 15:35   05-22-2023 15:35
--------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
05-31-2023  03-20-2024  accrue          294
  Accrued Pgm Days...: 294
  Carry Over Pgm Days: 25
  Time Credit Factor.: 10
  Time Credits.......: 100
--------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
03-20-2024  05-08-2024  accrue          49
  Accrued Pgm Days...: 49
  Carry Over Pgm Days: 19
  Time Credit Factor.: 15
  Time Credits.......: 30
--------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
05-08-2024  05-13-2024  disallow        5
  Not in qualifying admit status.
    Facility Category  Assignment   Start              Stop
     TOM      ARS        TRANSFER     05-07-2024 08:17   05-07-2024 08:17
     A01      ARS        A-ADMIT      05-07-2024 09:17   05-07-2024 15:00
     OKL      ARS        A-BOP HLD    05-07-2024 14:00   05-14-2024 07:30
     A01      ARS        RELEASE      05-07-2024 15:00   05-07-2024 15:00
--------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
05-13-2024  11-22-2024  accrue          193
  Accrued Pgm Days...: 193
  Carry Over Pgm Days: 8
  Time Credit Factor.: 15
  Time Credits.......: 90
--------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
11-22-2024  02-19-2025  disallow        89
  Not in qualifying admit status.
    Facility Category  Assignment   Start              Stop
     MRG      ARS        TRANSFER     11-21-2024 06:07   11-21-2024 06:07
     3-V      ARS        A-ADMIT      11-21-2024 06:07   11-21-2024 18:00
```

```
                      FSA Time Credit Assessment
                   Register Number:57628-039, Last Name:NUNEZ
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS
_____

    OKL       ARS       A-BOP HLD    11-21-2024 17:00   01-14-2025 07:15
    3-V       ARS       RELEASE      11-21-2024 18:00   11-21-2024 18:00
    OKL       ARS       HLD REMOVE   01-14-2025 07:15   01-14-2025 07:15
    A01       ARS       A-ADMIT      01-14-2025 08:15   01-14-2025 13:57
    MIL       ARS       A-BOP HLD    01-14-2025 13:57   02-20-2025 07:12
    A01       ARS       RELEASE      01-14-2025 13:57   01-14-2025 13:57
------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
02-19-2025  08-28-2025  accrue       190
  Accrued Pgm Days...: 190
  Carry Over Pgm Days: 21
  Time Credit Factor.: 15
  Time Credits.......: 105
--- FSA Assessment(s) --------------------------------------------------------
 #     Start       Stop        Assignment   Asn Start          Factor
001   03-13-2020  04-10-2020   R-MED        04-28-2021 14:08   10
002   04-10-2020  10-07-2020   R-MED        04-28-2021 14:08   10
003   10-07-2020  04-05-2021   R-MED        04-28-2021 14:08   10
004   04-05-2021  10-02-2021   R-MED        04-28-2021 14:08   10
005   10-02-2021  03-31-2022   R-HI         09-15-2021 09:40   10
006   03-31-2022  09-27-2022   R-HI         09-15-2021 09:40   10
007   09-27-2022  03-26-2023   R-MED        08-24-2022 10:24   10
008   03-26-2023  09-22-2023   R-LW         02-14-2023 07:48   10
009   09-22-2023  03-20-2024   R-LW         06-19-2023 12:39   10
010   03-20-2024  09-16-2024   R-LW         10-05-2023 03:34   15
011   09-16-2024  03-15-2025   R-LW         05-25-2024 10:27   15
012   03-15-2025  09-11-2025   R-LW         03-07-2025 11:08   15
```

# FSA Time Credit Assessment

Register Number:57628-039, Last Name:NUNEZ

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---:|

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 08-28-2025. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 10-29-2029
Projected Release Method: 3621E COND
FSA Projected Release Date: 10-29-2028
FSA Projected Release Method: FSRDAP CND
Date 3621E CRP: 02-17-2026
FSA Conditional Release Date: 10-29-2028
SCA Recommended Placement Days (Following 5 Factor Review): 0*
SCA Recommended Placement Date: N/A*
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182*
FSA Conditional Placement Days: 600
FSA Conditional Placement Date: 03-09-2027
Conditional Transition To Community Date: 03-09-2027*
Max. Statutory HC Placement Date (if approp.): 09-08-2026*
Recommended HC Placement Date (if approp.): 03-09-2027*
**\*Default SCA conditional placement days. This requires a 5 Factor Review!**