```
MILBU              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-10-2025
PAGE 001 OF                                                           11:33:56
       FUNCTION: L-P SCOPE: REG    EQ 57628-039    OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____        ____       ____       ____       ____       ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ___        ___        ___        ___        ___        ___
         TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____        ____       ____       ____       ____       ____
RCV FACL.: EQ ____        ____       ____       ____       ____       ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____        ____       ____       ____       ____       ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




















G0002        MORE PAGES TO FOLLOW . . .
```

```
 MILBU            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-10-2025
PAGE 002 OF 002 *             SANITIZED FORMAT                *     11:33:56


 REMEDY-ID     SUBJ1/SUBJ2   --------------------ABSTRACT-----------------------
               RCV-OFC    RCV-FACL     DATE-RCV      STATUS    STATUS-DATE

 1016570-F1    26AM/        DELAY OR ACCESS TO MEDICAL CARE
                 LOR         LOR         04-29-2020      REJ       04-29-2020

 1016572-F1    26AM/        DELAY OR ACCESS TO MEDICAL CARE
                 LOR         LOR         04-29-2020      REJ       04-29-2020

 1016573-F1    26AM/        DELAY OR ACCESS TO MEDICAL CARE
                 LOR         LOR         04-29-2020      REJ       04-29-2020

 1016574-F1    26AM/        DELAY OR ACCESS TO MEDICAL CARE
                 LOR         LOR         04-29-2020      REJ       04-29-2020

 1247667-F1    38DM/        INMATE SEEKS FSA CREDIT RECALC
                 MIL         MIL         07-17-2025      CLD       08-01-2025




















              5 REMEDY SUBMISSION(S) SELECTED
 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```