```
MILB3            *      ADMINISTRATIVE REMEDY UPDATE        *      08-01-2025
PAGE 001 OF 001                                                   10:19:59


REGNO: 57628-039 NAME: NUNEZ                    FNAM: ALBERTO        FUNC: REP
RSP OF...: MIL UNT/LOC/DST: 5 RDAP              QTR.: G03-308U   RCV OFC: MIL
REMEDY ID: 1247667-F1    SUB1: 38DM SUB2:       DATE RCV: 07-17-2025
UNT RCV.: 5 RDAP      QTR RCV.: G03-308U    FACL RCV: MIL
UNT ORG.: 5 RDAP      QTR ORG.: G03-308U    FACL ORG: MIL
EVT FACL.: MIL    ACC LEV: MIL  1              RESP DUE: WED  08-06-2025
ABSTRACT.: INMATE SEEKS FSA CREDIT RECALC
STATUS DT: 08-01-2025 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              EXT Y/N: N   RCT: N  EXT:      DATE ENTD: 07-17-2025
REMARKS..:


                        CURRENT TRACKING DATA

DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 07-28-2025    UNT MGT       RL    07-17-2025     INV       08-01-2025




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

MIL-1330.18
4/13/2015
PAGE 1

Attachment A
FEDERAL CORRECTIONAL INSTITUTION, MILAN, MICHIGAN
ADMINISTRATIVE REMEDY PROGRAM
ROUTING FORM

Inmate's Name: Nunez, Alberto

Registration Number: 57628-039

## TO BE COMPLETED BY CORRECTIONAL COUNSELOR/UNIT MANAGER:

Date       Signature
6-30      Ab         Date/Signature informal resolution began.

7-10      Ab         Date/Signature informal resolution completed, and inmate
                     issued BP-229.

7-11      ARm        Date/Signature inmate returned BP-229 to Correctional
                     Counselor.

7/16      16         Date/Signature of Unit Manager review of informal resolution.

7/17      XNS        Date/Signature BP-229 forwarded to Administrative Remedy
                     Clerk

## TO BE COMPLETED BY Administrative Remedy Clerk:

7/17      XNS        Date/Signature BP-229 receipted and reviewer assigned.
                     REVIEWER: RLOA
                     DATE DUE TO Legal Office: 7-28-25
                     Administrative Remedy Number: 1247667-F1

7/23      16         38DM
                     Date/Signature review completed by Department
                     Head/Reviewer.

7/23      XNS        Date/Signature review completed and BP-229 received by
                     Administrative Remedy Clerk from Reviewer.

## TO BE COMPLETED BY REVIEWING STAFF:

DATE       INITIALS
4/28      (2)        Associate Warden 7/23
7/30      72         Executive Assistant/DCA 7/28

_____   _____   Warden

**BP-229 RESPONSE**                          **CASE NUMBER: 1245265-F1**

Your Request for Administrative Remedy (BP-229), dated June 17, 2025 has been reviewed.   You are requesting that you be transferred to pre-release custody pursuant to provisions outlined in the Second Chance Act.

A review of the issue(s) you raise in your BP-229 has been conducted.   _Public Law 110-199-The Second Chance Act of 2007_ states, in part, "IN GENERAL.—The Director of the Bureau of Prisons shall, to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility."   The act also dictates that pre-release RRC placements are **discretionary** and subject to the resources of the facility contemplated.   You were reviewed for RRC placement under the 2nd Chance Act and First Step Act in July 2025, and subsequently referred for a RRC placement of 965 days.   This referral was based on 365 days Second Chance Act placement plus the 600 Federal Time Credits that you are projected to earned towards pre-release custody.   Your referral is currently pending review by Residential Reentry Management.

Accordingly, your request for Administrative Remedy is denied.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    7/29/2025
E. Rardin, Warden                          Date

**U.S. Department Of Justice**
Federal Bureau of Prisons

**Request For Administrative Remedy**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Nunez, Alberto M.    57628-039    G A 308    FCI-Milan
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** — I am requesting that my Calculation for FTC according To FSA and SCA be corrected and submitted. I first tried to resolve this issue with case manager Sarova on 6-27-25. On 6-30-25 I spoke with Mr. Lea. Both stated they could not change or correct it. On 2-28-25 a FSA Time Credit Assessment was done (see Attachment A) where SCA and FSA is applied, but in error. Later on 5-5-25 it was done again. It did not show the applied SCA. What it did show was the "FSRDAP CND Date 2-17-2026" which is applied under 3621 E. CRP. Which is also done in error, and not in Compliance with 18 U.S.C. 3624. Now I come to respectfully show you Warden Rardin the need to redo my calculation of my FSA and SCA Correctly and applied in Full under 18 U.S.C. 3624 as amended to law Dec. 21, 2018, Second Chance Act of 2007. (See Attachment C). I will be in the position for release to home confinement or Community Placement. —

7/07/2025
DATE

Alberto M. Nunez #57628-039
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JUL 17 2025
BY: _____

Please see the attached // snf

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR



*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: 1347667-F1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

MI 330.16.b
September 18, 2012
Page 7

6-30-25
*APM*

**Attachment B/Part 1**
**FCI/FDC Milan, Michigan**
**Attempt at Informal Resolution**

REMEDY # _____

Inmate's Name:  *Alberto Nunez*

Registration Number:  *57628-039* Housing Unit:  *6·A-308*

**ATTEMPT AT INFORMAL RESOLUTION:**

1.  Briefly state the complaint and requested corrective actions.

*I Am Challenging this Institution for the Appliction My SCA/FSA incentives. Which I would like to resolved*

2.  Document your efforts to resolve the matter to include policies reviewed. Note any reasons an informal resolution could not be achieved.

*I Spoke with Case MANAger Saroda And unit MANAger Lea. They both Stated they could not Change or Correct it.*

Inmate Signature:  *Alberto Ng*          Date:  *7/01/25*

Inmate Printed Name:  *A. Nuñez*

Unit Counselor Signature:  _____          Date:  *7-1-25*

Unit Counselor Printed Name:  *Gvy*