UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERTO MANUEL NUNEZ,

    Petitioner,

Case No. 2:25-cv-12596
Hon. Matthew F. Leitman

v.

ERIC RARDIN,

    Respondent.
_____/

# **JUDGMENT**

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

                KINIKIA ESSIX
                CLERK OF COURT

      By:    s/Holly A. Ryan
                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:   November 25, 2025
Detroit, Michigan